GREENBERG TRAURIG, LLP
Tyler R. Andrews (SBN 250686)
andrewst@gtlaw.com
3161 Michelson Drive, Suite 1000
Irvine, CA 92612-4410
Telephone: (949) 732-6500
Facsimile: (949) 732-6501

Attorneys for Defendant,
Temecula Towne Center Associates, LLC

E-FILED
AUG - 8 2019
Document # 
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF JINKINS,<br><br>Plaintiff,<br><br>v.<br><br>TEMECULA TOWNE CENTER ASSOCIATES, LLC, a Delaware Limited Liability Company; and Does 1-10,<br><br>Defendants. | CASE NO. 5:18-cv-02281-PSG-KK<br><br>[Assigned to Hon. Philip S. Gutierrez, Courtroom 6A]<br><br>**FINAL JUDGMENT**<br><br>Complaint Filed: October 26, 2018 |

Pursuant to the Court's Order dated February 15, 2019 (ECF No. 16) and in accordance with Federal Rules of Civil Procedure 58, JUDGMENT is hereby entered in favor of Defendant Towne Center Associates, LLC's and the Court hereby dismisses this action with prejudice.

**IT IS SO ORDERED.**

DATED: ~~February 28,~~ August 8, 2019   By: _____
Honorable Philip S. Gutierrez